# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| TINA PARSONS,              ) | |
| )                          | Case No.: 8:17-cv-02898-EAK-MAP |
| Plaintiff,       ) | |
| )                          | |
| v.                 )       | |
| )                          | |
| KOHL'S DEPARTMENT STORES, ) | |
| INC.,                      ) | |
| )                          | |
| Defendant.       ) | |

## JOINT STIPULATION SELECTING MEDIATOR

Plaintiff, Tina Parsons, ("Plaintiff"), and Defendant, Kohl's Department Stores, Inc., ("Defendant"), by and through their undersigned counsel, hereby stipulate and submit the following to the Court regarding the selection of mediator:

1. The parties have jointly selected James R. Betts, Esq. in Tampa, Florida as the mediator to conduct the Mandatory Mediation.

2. The parties intend to schedule a Mediation prior to the deadline in this matter.

**SO STIPULATED** on this 4th day of May.

| | |
|---|---|
| */s/Amy L. Bennecoff Ginsburg* | */s/ Scott A. Underwood, FBN 0730041* |
| Amy L. Bennecoff Ginsburg | Scott A. Underwood, FBN 0730041 |
| Kimmel & Silverman, P.C. | BUCHANAN INGERSOLL & ROONEY PC |
| 30 East Butler Pike | 401 East Jackson Street, Suite 2300 |
| Ambler, PA 19002 | Tampa, Florida  33602-5236 |
| Tel: (215) 540-8888 | Tel:  (813) 222-8180 |
| Fax: (877) 788-2864 | Fax:  (813) 222-8189 |
| aginsburg@creditlaw.com | Email:  scott.underwood@bipc.com |
| *Attorneys for Plaintiff Tina Parsons* | |

        Vincent P. Rao II, NJ Attorney ID No. 024452005
        (appearing *pro hac vice*)
        KELLEY DRYE & WARREN LLP
        One Jefferson Road, 2nd Floor
        Parsippany, NJ  07054
        Telephone:  (973) 503-5900
        Facsimile:  (973) 503-5950
        Email:  vrao@kelleydrye.com
        *Attorney for Defendant*
        *Kohl's Department Stores, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 4, 2018, I electronically filed the foregoing with the clerk of the Court using CM/ECF system which will send notification of this filing to all parties of record.

*/s/ Scott A. Underwood, FBN 0730041*
Scott Underwood, FBN 0730041